UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER | Case No. 20-10534 |
| Plaintiff, | Nancy G. Edmunds |
| v. | United States District Judge |
| KATHLEEN HOLMES, *et al.*, | Curtis Ivy, Jr. |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## ORDER DIRECTING PERSONAL SERVICE AS TO DEFENDANTS HOLMES AND PARKER

Plaintiff Theron Hunter filed this case on February 28, 2020. (ECF No. 1). On March 4, 2020, the Court granted Plaintiff's *in forma pauperis* application. (ECF No. 5). On April 15, 2020, the Court entered an opinion dismissing defendants Washtenaw County Jail's Medical Department and the Washtenaw County Sheriff Jail and directing service on the remaining defendants. (ECF No. 7).

On or about September 23, 2020, the U.S. Marshals Service acknowledged receipt of the Notice of a Lawsuit and Request to Waive Service of a Summons. (ECF No. 9). On December 1, 2020, Miller Johnson entered an appearance and filed an answer on behalf of Lieutenant Williams, Lieutenant Schiappacasse, Sergeant Alverez, Captain Casey and Sheriff Clayton. (ECF No. 12). This matter

was referred to the undersigned for all pretrial matters.  (ECF No. 10).

To date, Kathleen Holmes and Dr. Daryl T. Parker have neither entered an appearance nor filed a responsive pleading in the current matter.  Further, a review of the docket indicates that no waivers of service of summons have been returned executed as to defendants Holmes and Parker.  Based on the foregoing, the Court **ORDERS** the U.S. Marshals Service to personally serve a copy of the complaint and this Order on defendants Holmes and Parker at 2201 Hogback Road, Ann Arbor, Michigan 48105 without the prepayment of the usual and customary costs for such service.

After service, defendants Holmes and Parker are **ORDERED** to timely file an appropriate responsive pleading to the complaint and may not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).  The Court **ORDERS** plaintiff to serve a copy of all future documents on each defendant or on defense counsel if legal counsel represents the defendant.  Plaintiff must attach to all original documents filed with the Clerk of the Court a certificate stating the date that plaintiff mailed a copy of the original document to defendants or defense counsel.  The court will disregard any paper received by a District Judge or Magistrate Judge if the paper has not been filed with the Clerk or if it fails to include a certificate of service.

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and

Local Rule 72.1.

Date: December 7, 2020          s/Curtis Ivy, Jr.
                                            Curtis Ivy, Jr.
                                            United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2020, by electronic means and/or ordinary mail.

                                            s/Kristen MacKay
                                            Case Manager
                                            (810) 341-7850