UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER,<br>　　　　　　　　Plaintiff,<br>v.<br><br>KATHLEEN HOLMES, *et al.*,<br>　　　　　　　　Defendants.<br>_____/ | Case No.: 20-10534<br><br>Nancy G. Edmunds<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER TO PROVIDE ADDRESS
### FOR CORIZON DOE PRIVATE CORPORATION & ROCKY DOE ISELEY

On June 25, 2021, Plaintiff filed his First Amended Complaint ("FAC"). (ECF No. 42). In his FAC, Plaintiff identifies Corizon Doe Private Corporation ("Corizon") and Rocky Doe Iseley ("Iseley") as new defendants. A review of the record reveals Plaintiff has not provided an address for either defendant.

A plaintiff bringing a complaint must specifically identify each defendant against whom relief is sought and must give each defendant notice of the action by serving on him or her a summons and a copy of the complaint. Where, as here, plaintiff is proceeding without having to prepay the filing fee, the district court bears the responsibility for issuing the plaintiff's process to a United States Marshal, who must effectuate service on the defendants once the plaintiff has properly identified them in the complaint.

As it stands, the Court cannot serve the defendants. Accordingly, Plaintiff must supply the Court with the correct address for defendants Corizon and Iseley by **MARCH 24, 2022**, so that service may be effectuated. Plaintiff is cautioned that if the Marshal is unable to effectuate service on the defendants with the information provided, the onus remains on Plaintiff to discover and submit sufficient information for service of the defendants he has named in his lawsuit. In that event, Plaintiff may be required to show good cause why this action should not be dismissed, without prejudice, as against any defendant that remains unserved after the expiration of the summons.

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and Local Rule 72.1.

Date: February 28, 2022          s/Curtis Ivy, Jr.
                                 Curtis Ivy, Jr.
                                 United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2022, by electronic means and/or ordinary mail.

                                        s/Kristen MacKay
                                        Case Manager
                                        (810) 341-7850