UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER,<br>                    Plaintiff,<br>v.<br><br>KATHLEEN HOLMES, *et al.*,<br>                    Defendants.<br>_____/ | Case No.: 20-10534<br><br>Nancy G. Edmunds<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL (ECF No. 90)

On September 21, 2022, the undersigned ordered Plaintiff to respond to Defendants' motion to compel. (ECF No. 87). Plaintiff's response to Defendants' motion to compel is due by October 21, 2022. (*Id.* at PageID.1445). On October 3, 2022, Plaintiff moved for an enlargement of time to respond pursuant to Fed. R. Civ. P. 6(b)(1)(A) and E.D. Mich. Local Rule 7.1. (ECF No. 90). Plaintiff claims he was deprived of law library access after he was transferred to a different facility. (*Id.* at PageID.1456).

Federal Rule of Civil Procedure 6(b)(1) permits the court, where there is good cause, to extend the time to act if a request is made before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A). Plaintiff moved for this extension eighteen days before his response was due. The undersigned can and will allow Plaintiff more time to respond. Accordingly, Plaintiff's motion for an

enlargement of time to respond (ECF No. 90) is **GRANTED**. Plaintiff must respond to defendants' motion to compel (ECF No. 85) by **NOVEMBER 11, 2022**.

**IT IS SO ORDERED**.

Review of this Order is governed by Federal Rule of Civil Procedure 72 and Local Rule 72.1.

Date: October 5, 2022  s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 5, 2022, by electronic means and/or ordinary mail.

s/Kristen MacKay
Case Manager
(810) 341-7850