UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER,<br>　　　　　　　　Plaintiff,<br>v.<br>KEATHLEEN HOLMES, *et al.*,<br>　　　　　　　　Defendants.<br>_____/ | Case No.: 20-10534<br><br>Nancy G. Edmunds<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO SERVE AMENDED COMPLAINT**

Plaintiff, without the assistance of counsel, filed this prisoner civil rights on February 28, 2020 (ECF No. 1). The case was later referred to the undersigned for all pretrial proceedings. (ECF No. 10).

Two Defendants remain and have not been served:

1. Dana Gorka

2. Rocky Iseley

Plaintiff provided addresses for each of these Defendants in his November 7, 2022, filing with the Court. (ECF No. 101, PageID.1780). The United States Marshals Service is **DIRECTED** to **mail** by registered or certified mail, return receipt requested, and delivery restricted to the addressee, a copy of the summons and complaint and complaint on Dana Gorka and Rocky Iseley in accordance with Michigan Court Rule 2.105(A). Plaintiff conveys both Gorka and Iseley may be

1

found at 2201 Hogback Road, Ann Arbor, Michigan, 48105. The summons is **EXTENDED** 90 days from the date of this Order.

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: November 22, 2022          s/Curtis Ivy, Jr.
                                                       Curtis Ivy, Jr.
                                                       United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on November 22, 2022.

            s/Kristen MacKay
            Case Manager
            (810) 341-7850