UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER,<br>                        Plaintiff,<br>v.<br><br>KATHLEEN HOLMES, *et al.*,<br>                        Defendants.<br>_____/ | Case No.: 20-10534<br><br>Nancy G. Edmunds<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO
SERVE AMENDED COMPLAINT**

Plaintiff, without the assistance of counsel, filed this prisoner civil rights on February 28, 2020. (ECF No. 1). The case was later referred to the undersigned for all pretrial proceedings. (ECF No. 10). In his FAC, Plaintiff identifies Corizon Doe Private Corporation ("Corizon") as a new defendant. The undersigned ordered Plaintiff to provide sufficient information for service of Corizon. (ECF No. 108).

Michigan Court Rule 2.105(D)(1) provides for service on a domestic or foreign corporation as follows: "serving a summons and a copy of the complaint on an officer or the resident agent . . . ." "The agent on whom service may be made must be one who is its agent in the usual sense of that term, not merely by construction of law, that is, he or she must be one having in fact representative capacity and derivative authority." 6 Mich. Civ. Jur. Corporations § 542 (2017).

1

Plaintiff provided an address for Defendant Corizon in his December 29, 2022, filing with the Court.  (ECF No. 126, PageID.1936).  The United States Marshals Service is **DIRECTED** to personally serve a copy of the summons and complaint on the resident agent Corporate Creations Network Inc. in accordance with Michigan Court Rule 2.105(D)(1).  Plaintiff conveys Corporate Creations Network Inc. may be found at 28175 Haggerty Road, Novi, Michigan 48377.  The summons is **EXTENDED** 90 days from the date of this Order.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: January 5, 2023         s/Curtis Ivy, Jr.
                              Curtis Ivy, Jr.
                              United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on January 5, 2023.

                                        s/Kristen MacKay
                                        Case Manager
                                        (810) 341-7850