UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER, | Case No. 20-10534 |
| Plaintiff, | |
| v. | Nancy G. Edmunds |
| | United States District Judge |
| KATHLEEN HOLMES, *et al.*, | |
| Defendants. | Curtis Ivy, Jr. |
| _____/ | United States Magistrate Judge |

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS ONLY AS TO DEFENDANT CORIZON HEALTH INC. DUE TO BANKRUPTCY FILING

On February 17, 2023, Defendant Corizon Health, Inc. filed a Suggestion of Bankruptcy and Notice of Automatic Stay because of bankruptcy on the docket. (ECF No. 159). The notice indicates that, on February 13, 2023, Defendant Corizon Health, Inc. ("TCS" or the "Debtor") filed a voluntary bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (Case No. 23-90086 (CML)). (*Id.*). Pursuant to the provisions of 11 U.S.C. §362, the filing of Defendant Corizon Health, Inc.'s petition operates as an automatic stay as to the claims against it in this matter. Accordingly,

**IT IS ORDERED** that this action is administratively stayed only as to Defendant Corizon Health, Inc. The stay does not otherwise impact these proceedings. **IT IS FURTHER ORDERED** that if the bankruptcy proceedings

1

are terminated or the automatic stay is lifted with reference to this matter by the bankruptcy court, then the stay may be lifted upon the motion of any party.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 13, 2023
s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2023, by electronic means and/or ordinary mail.

s/Kristen MacKay
Case Manager
(810) 341-7850