UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERON HUNTER, <br>                           Plaintiff, <br> v. <br><br> KATHLEEN HOLMES, *et al.*, <br>                           Defendants. <br> _____/ | Case No. 20-10534 <br><br> Nancy G. Edmunds <br> United States District Judge <br><br> Curtis Ivy, Jr. <br> United States Magistrate Judge |

## **ORDER LIFTING STAY AS TO THE WELLPATH DEFENDANTS**

This matter is currently before the Court regarding the stay of this case as to the Wellpath Defendants.[1]  (ECF No. 177).  This case has been referred to the undersigned for all pretrial matters.  (ECF No. 10).  On March 7, 2023, the Court held in abeyance the motion to compel as to Defendants Parker and Holmes for briefing on the impact of the Corizon bankruptcy on these Defendants.  (ECF No. 170).  Defendants Parker and Holmes did not brief the matter, so the undersigned addressed the motion to compel on the merits.  (ECF No. 176).  Subsequently, the Court sua sponte stayed the case as to Parker and Holmes, noting they were Corizon employees.  (ECF No. 177).  Parker and Holmes are not employed by Corizon.  (ECF No. 181).  The Court finds good cause to **LIFT** the Stay as to Parker and Holmes in this matter.  (ECF No. 177).  Defendants are **DIRECTED** to

---

[1] This Court's Order staying these Defendants referred to the Defendants as 'Corizon employees' but Defendants Parker and Holmes assert they are employed by Wellpath, LLC. (ECF No. 181).

comply with the Court's Order to fully answer pursuant to Plaintiff's motion to compel by **May 15, 2023**. (ECF No. 176).

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: May 10, 2023.             s/Curtis Ivy, Jr.
                                             Curtis Ivy, Jr.
                                             United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on May 10, 2023.

                                        s/Kristen MacKay
                                        Case Manager
                                        (810) 341-7850