UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERON HUNTER,

    Plaintiff,

v.

KATHLEEN HOLMES, *et al.*,

    Defendants.

_____/

Case No. 20-10534

Honorable Nancy G. Edmunds

## JUDGMENT

In accordance with the Court's order entered this date accepting and adopting the Magistrate Judge's report and recommendation and dismissing all remaining claims, this case is CLOSED.

    SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: November 16, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 16, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager

1